**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBUG DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | )   Docket No. 5:02-cr-30020 |
| | ) |
| **KHARY JAMAL ANCRUM,** | ) |
| *Defendant*. | ) |

## WITHDRAW OF COUNSEL

The undersigned counsel formally withdraws as counsel for Mr. Ancrum. On May 7, 2020, this Court appointed the Federal Public Defender's Office to represent Mr. Ancrum pursuant to Standing Order 2019-1. Upon information and believe Mr. Ancrum does not having a pending motion for relief under Section 404 of the First Step Act of 2018, but instead a motion under 28 U.S.C. § 2255 alleging the ineffective assistance of the undersigned. The undersigned counsel has submitted an affidavit in connection with Mr. Ancrum's petition agreeing that counsel was ineffective. In any event because of this pending motion the Federal Public Defender's Office is conflicted out of any further representation of Mr. Ancrum at this time.

Respectfully submitted,

/s Lisa M. Lorish
Lisa M. Lorish (VSB No. 81465)
Assistant Federal Public Defender
Office of the Federal Public Defender
401 E. Market St, Ste 106
Charlottesville, VA 22902
Tel (434) 220-3380

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (ECF) to all parties of record

/s Lisa M. Lorish
Lisa M. Lorish (VSB No. 81465)
Assistant Federal Public Defender

2

Office of the Federal Public Defender
401 E. Market St, Ste 106
Charlottesville, VA 22902
Tel (434) 220-3380