CLERK'S OFFICE U.S.DIST. COURT
AT ROANOKE,VA
FILED
5/20/2020
JULIA C. DUDLEY, CLERK
BY: S. Taylor
DEPUTY CLERK

# Supplemental Brief in Support of 2255

## Docket or Case No: 5:02-CR-30020

## United States District Court for the Western District of Virginia (Harrisonburg Division)

### Submitted this 14th day of May 2020

Khary Ancrum Reg# 41746-083, respectfully opposed the United States's Wednesday May 13, 2020 Motion for Extension of Time. Due to the severity of COVID-19, I I asking the Courts to deny the governments request for a 30 day extension and order them to respond by May 21, 2020. Not only is my life in jeopardy due to the close proximity with nearly 1,000 other men, there are also hundreds of officers going in and out of the institution, some with PPE and some without, in which puts me in danger due to someone else's negligence. I am not a lawyer, however, I see nothing complex about Miss Lorish's admittance that she was ineffective in a sworn affidavit with case logs to prove her short comings.

With all due respect and appreciation for what has already been done, I am asking the Honorable Chief Judge Michael F. Urbanski, this is you do not agree with my pro se motion to vacate, can you please find it within the law to sentence me to home confinement for the remainder of my sentence and/or RRC in order to have a healthy transition to be as safe as possible during this pandemic while paying my debt to society. As we just watched Paul Manafort get released after serving only 9 months of a 7.5 year sentence, come July 2020 it will be 17 years for me.

Respectfully submitted, this 14th day of May 2020

Khary Jamal Ancrum Reg# 41746-083
FCC Florence
PO Box 6000
Florence, CO 81226